IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-110-WHA |
| | ) | [18 USC 1167(b); |
| | ) | 18 USC 2] |
| FREDERICK J. BURRELL | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

From in or about July 2004 through in or about November 2004, in Montgomery County, in the Middle District of Alabama, and elsewhere,

FREDERICK J. BURRELL,

defendant herein, did abstract, purloin, willfully misapply, and take and carry away with intent to steal monies, funds, and other property of a value in excess of $1,000 belonging to a gaming establishment operated by and for and licensed by an Indian tribe pursuant to an ordinance and resolution approved by the National Indian Gaming Commission, in violation of Title 18, United States Code, Sections 1167(b) and 2.

LEURA G. CANARY
United States Attorney

Andrew O. Schiff
Assistant U.S. Attorney