COURTROOM DEPUTY MINUTES  DATE: May 4, 2006    FTR RECORDING: 10:00 - 10:10
MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: RISA ENTREKIN

❏ ARRAIGNMENT    ❏ CHANGE OF PLEA    √ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 2:06CR110-WHA-CSC | DEFENDANT NAME: FREDERICK J. BURRELL |
| AUSA: ANDREW SCHIFF | DEFENDANT ATTY: KEVIN BUTLER |
| USPO: Ron Thweatt | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| Defendant __ does √ does NOT need and interpreter.  Name: | |

❏    This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏    Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏    **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

√    **WAIVER OF INDICTMENT** executed and filed.

√    **FELONY INFORMATION** filed.

❏    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere    ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) 1    of the **Felony Information**

❏ Count(s) ____    ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

√    **ORDER:** Defendant Continued ❏ Same Conditions/Bond imposed ; √ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ to be set by Separate Order

❏    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ Set by separate Order.