# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

FREDERICK J. BURRELL

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:06-CR-110-A

I, __Frederick J. Burrell__, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 1167(b) AND TITLE 18 USC §2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/4/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer