IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr110-WHA |
| | ) | |
| FREDERICK J. BURRELL | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1.  Sentencing for the above referenced defendant is presently scheduled for July 19, 2006, before the Honorable W. Harold Albritton.

2.  Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 90 days to permit the defendant to continue his cooperation.

3.  Defense counsel for Defendant Burrell has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 3rd day of July, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Andrew O. Schiff
> ANDREW O. SCHIFF
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO. 2:06cr110-WHA |
| ) | |
| FREDERICK J. BURRELL ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler, Esq.

        Respectfully submitted,

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: andrew.schiff@usdoj.gov