IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:06cr110-WHA |
| | ) | |
| FREDERICK J. BURRELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For good cause shown, it is hereby ORDERED that the Motion to Continue Sentencing (Doc. #11) is GRANTED to the following extent: the sentencing hearing previously set in this case for July 19, 2006 is reset for October 12, 2006 at 10:00 a.m.

Done this 5th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE