IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                                   )
     v.                       )     CR. NO. <u>2:06cr110-WHA</u>
                                   )
FREDERICK J. BURRELL        )

## <u>MOTION TO CONTINUE SENTENCING</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1.     Sentencing for the above referenced defendant is presently scheduled for October 12, 2006, before the Honorable W. Harold Albritton.

2.     Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 90 days to permit the defendant to continue his cooperation.

3.     This is the Government's second request for a continuance. The Government can provide further information about the status of its continuing investigation under seal if the court requests.

4.     Defense counsel for Defendant Burrell has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 3rd day of October, 2006.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/Andrew O. Schiff
                              ANDREW O. SCHIFF
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, AL 36104
                              Phone: (334)223-7280
                              Fax: (334)223-7135
                              E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )        CR. NO. 2:06cr110-WHA
                              )
FREDERICK J. BURRELL          )

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov