IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr110-WHA |
| FREDERICK J. BURRELL ) | |

## **ORDER**

Upon consideration of the Motion to Continue Sentencing (Doc. #13), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from October 12, 2006, and RESET for Thursday, January 4, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 4th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE