IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr110-WHA |
| FREDERICK J. BURRELL ) | |

### **ORDER**

This case is before the court on the Motion to Continue Sentencing (Doc. #15), filed by the United States on December 22, 2006. The Defendant has no objection to the continuance. Accordingly, for good cause shown, it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from January 4, 2007, and RESCHEDULED for Tuesday, April 10, 2007, at 9:00 a.m.

DONE this 28th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE