IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA                )

vs.                                     )     CR. NO. 2:06cr110-WHA

FREDERICK J. BURRELL                    )


**<u>ORDER</u>**

This case is before the court on the Motion to Continue Sentencing (Doc. #18), filed by the United States of America on March 30, 2007. The Government represents that the Defendant has no objection to a continuance. Therefore, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from April 10, 2007 and RESET for Monday, July 16, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 2nd day of April, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE