IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr110-WHA |
| FREDERICK J. BURRELL ) | |

**ORDER**

Upon consideration of the Motion to Continue Sentencing (Doc. #20), filed by the United States on July 5, 2007. The United States requests a continuance of the scheduled July 16, 2007 sentencing of the Defendant to allow time for the Defendant to complete his anticipated cooperation with the Government prior to sentencing. Counsel for the Government states that the Defendant has no objection to the continuance. Therefore, the court finds the motion to show good cause, and it is GRANTED to the following extent:

It is ORDERED that sentencing of the Defendant is CONTINUED from July 16, 2007, to Thursday, November 1, 2007, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 5th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE