IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr110-WHA |
| FREDERICK J. BURRELL | ) | |

## **ORDER**

Upon consideration of the Motion to Continue Sentencing (Doc. #22), to which the Defendant does not object, and for good cause shown, the motion is GRANTED to the following extent:

It is hereby ORDERED that sentencing of the Defendant currently scheduled for November 1, 2007, is CONTINUED and RESET for Wednesday, February 20, 2008, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 3rd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE