IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr110-WHA-001 |
| FREDERICK J. BURRELL ) | |

**ORDER**

This case is before the court on the Motion to Continue Sentencing (Doc. #27), filed by the United States on March 26, 2008. The motion reflects that the Defendant has no objection. Therefore, for good cause shown, the motion is GRANTED to the following extent:

It is hereby ORDERED that sentencing of the Defendant is CONTINUED from June 19, 2008, and RESET for Tuesday, August 19, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE