IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr110-WHA |
| FREDERICK J. BURRELL ) | |

## **ORDER**

This case is before the court on the Motion to Continue Sentencing (Doc. #30), filed by the United States on July 23, 2008. The motion states that the Defendant has no objection. Therefore, for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the sentencing of the Defendant, presently set for August 19, 2008, is CONTINUED and RESET for Thursday, September 25, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 24th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE